No. 607. AMERICAN LUMBERMENS MUTUAL CASUALTY Co. *v.* SUTCLIFFE, ADMINISTRATRIX, ET AL. January 6, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Frederick A. Keck* for petitioner. *Mr. Anthony J. Travia* for respondents.

Nos. 70 and 71. GRAND TRUNK WESTERN RAILROAD Co. *v.* STEPHENSON, ADMINISTRATRIX. July 1, 1940. Dismissed per stipulation pursuant to Rule 35. *Mr. Silas H. Strawn* for petitioner. *Mr. Ralph F. Potter* for respondent.

No. 219. DOWNER *v.* O'BRIEN, SHERIFF, ET AL. August 30, 1940. Dismissed per stipulation pursuant to Rule 35. *Mr. Lee R. La Rochelle* for appellant. *Mr. John E. Cassidy,* Attorney General of Illinois, for appellees.

